IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY S. HOWARD**  **PLAINTIFF**
**#79081**

V.  No. 4:23-CV-120-JM

**DOES, Classification Personnel,**
**Administrative Personnel, Pulaski**
**County Regional Detention Facility**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that this case is dismissed, without prejudice. The requested relief is denied.

DATED this 10th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE